Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Andrew Rosales

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW ROSALES, | No. 2:16-cv-01497-DB |
| Plaintiff, | STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE DEBORAH BARNES, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Andrew Rosales be awarded attorney fees in the amount of THREE THOUSAND NINE HUNDRED dollars ($3900) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Andrew Rosales, the government will consider the matter of Andrew Rosales's assignment of EAJA fees to Brian C. Shapiro. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Andrew Rosales, but if the Department of the Treasury determines that Andrew Rosales does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Andrew Rosales.[1] Any payments made shall be delivered to Brian C. Shapiro.

This stipulation constitutes a compromise settlement of Andrew Rosales's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Andrew Rosales and/or Brian C. Shapiro including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Brian C. Shapiro and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.
///

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

DATE: August 29, 2017          Respectfully submitted,

                               LAW OFFICES OF LAWRENCE D. ROHLFING

                                    /s/ *Brian C. Shapiro*
                          BY:_____
                               Brian C. Shapiro
                               Attorney for plaintiff Andrew Rosales

DATED: August 29, 2017         PHILLIP A. TALBERT
                               Acting United States Attorney


                                    /s/ *Ben A. Porter*
                               _____
                               BEN A. PORTER
                               Special Assistant United States Attorney
                               Attorneys for Defendant NANCY A.
                               BERRYHILL, Acting Commissioner of Social
                               Security (Per e-mail authorization)




                               **ORDER**

     Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  August 31, 2017

                               _____
                               DEBORAH BARNES
                               UNITED STATES MAGISTRATE JUDGE






DLB:6
DB\orders\orders.soc sec\rosales1497.stip.eaja.ord

-3-